# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

DR. RICHARD S. GLICK, D.O.,
INDIVIDUALLY AND ON BEHALF OF
ALL OTHERS SIMILARLY SITUATED,

    Petitioners

       v.

PROGRESSIVE NORTHERN
INSURANCE COMPANY AND
MOUNTAIN LAUREL INS., CO., D/B/A
PROGRESSIVE INSURANCE CO.,

    Respondents

: No. 240 EAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:

DR. RICHARD S. GLICK, D.O.,
INDIVIDUALLY AND ON BEHALF OF
ALL OTHERS SIMILARLY SITUATED,

    Petitioners

       v.

PROGRESSIVE NORTHERN
INSURANCE COMPANY AND
MOUNTAIN LAUREL INS., CO., D/B/A
PROGRESSIVE INSURANCE CO.,

    Respondents

: No. 241 EAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 15th day of October, 2014, the Petition for Allowance of Appeal is **DENIED** and Respondent's Application for Leave to File Post-Submission Communication is **DISMISSED as moot**.